

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-24-00126-CR

**IN RE** Jose del Carmen **LOPEZ RIVERA**, Relator

Original Proceeding[1]

### ORDER

On February 22, 2024, Relator, Jose del Carmen Lopez Rivera, filed a petition for writ of mandamus, complaining of the trial court's February 5, 2024, order. Lopez Rivera also filed a motion to stay the underlying proceedings, which we granted on March 1, 2024.

After considering the petition and the record, the court concludes Lopez Rivera is not entitled to the relief sought. Accordingly, we **DENY** the petition for writ of mandamus.

The stay issued on March 1, 2024, is **LIFTED**.

It is so **ORDERED** on March 12, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 14716CR, styled *The State of Texas v. Jose del Carmen Lopez Rivera*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.